**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **KJL HOSPITALITY, LLC d/b/a QUALITY INN & SUITES,**<br><br>***Plaintiff,***<br><br>**V.**<br><br>**ACCELERANT SPECIALTY INSURANCE COMPANY**<br><br>***Defendant.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 3:26-cv-03697** |

**Exhibit 1.**
**<u>INDEX OF DOCUMENTS</u>**

In compliance with N.D. Tex. Local Civil Rule 81.1(a)(4)(A) and 28 U.S.C. § 1446(a), the following documents are filed with Defendant Accelerant Specialty Insurance Company's Notice of Removal of this action from the 14th District Court of Dallas County, Texas, Cause No. DC-26-16526:

1. Notice of Removal

| | |
|---|---|
| **Exhibit 1** | Index of Documents |
| **Exhibit 2** | State Court Docket Sheet |
| **Exhibit 3.A** | Plaintiff's Original Petition (filed 8/25/2026) |
| **Exhibit 3.B** | Citation/Executed Process (served 9/25/2026) |
| **Exhibit 3.C** | Defendant's Original Answer (filed 10.19.2026) |
| **Exhibit 4** | List of Counsel of Record |

Respectfully submitted,

**EXHIBIT**
**1**

**PHELPS DUNBAR LLP**

BY: */s/ Clinton J. Wolbert*
Clinton J. Wolbert
State Bar No. 24103020
Harrison A. Cass
State Bar No. 24137553
1001 Fannin Street, Suite 2200
Houston, Texas 77002
Telephone: 713 626 1386
Facsimile: 713 626 1388
clinton.wolbert@phelps.com
harrison.cass@phelps.com

Paige C. Jones
State Bar No. 24054609
2102 E. State Hwy 114, Suite 207
Southlake, Texas 76092
Telephone: 817-488-3134
Facsimile: 817-488-3214
Email: paige.jones@phelps.com

**ATTORNEYS FOR DEFENDANT ACCELERANT SPECIALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document has been served upon Robert N. Grisham II, Grisham & Kendall, PLLC, counsel for Plaintiff, by sending a copy of same in accordance with the Federal Rules of Civil Procedure, on October 22, 2026.

**ATTORNEY FOR PLAINTIFF**

*/s/ Harrison A. Cass*
Harrison A. Cass